| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| TRIMBLE, JAMES T. JR. | U. S. DISTRICT COURT | 5-2-90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| Magistrate, U.S. District Court Western District of Louisiana | | 5-15-90 |

Home or office address

P. O. Drawer 2894
Lake Charles, LA 70602

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements) | |

January 12, 1986  Parties: James T. Trimble, Jr.; Michael Percy; David Smith; Alonzo Wilson; Elizabeth Foote; Gregory Walker and John Honeycutt, Jr. - Terms: $1,000.00 per month beginning March 1, 1986 for 75 months to Trimble in exchange for all interest in law firm to remaining partners.

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| U.S. Courts | Salary | $ 74,712.92 |
| Law Firm | Percy, Smith, etc., pursuant to above agreement | $ 12,000.00 |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>TRIMBLE, JAMES T. JR. | Date of Report<br>5-2-90 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements or gifts) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | State National Life Insurance Co.<br>Baton Rouge, LA | Mortgage on 15, 16, 17 Part VII | N |
| 2 | Lewis A. Lauve, 3317 Parkway Dr.<br>Alexandria, LA 71301 | Mortgate on 14, Part VII | M |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>TRIMBLE, JAMES T. JR. | Date of Report<br>5-2-90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code¹<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code²<br>(J-P) | Value<br>Method<br>Code³<br>(Q-W) | Type<br>(e.g., sold) | If not exempt from disclosure | | | | |
| | | | | | | Date:<br>Month-<br>Day | Value<br>Code²<br>(J-P) | Gain<br>Code¹<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Fidelity Investments, P.O.Box 1284, Boston, MA 02104 (IRA) | B | Div. | M | T | | | | | | |
| 2 Affiliated Fund-DST, Inc.,P.O. Box 1100, Kansas City, MO 64141 | B | Div. | M | T | Sold | 8-1 | M | D | Shares redeemed | |
| 3 Evergreen Fund, P.O.Box 9021, Boston, MA 02205 (IRA) | B | Div. | L | T | | | | | | |
| 4 Security 1st Nat'l Bank, Alex. LA 71309 (Keogh Plan) | D | Div. | M | T | | | | | | |
| 5 Premier Bank, Lake Charles, LA 70602 (Checking Account) | B | Int. | L | T | | | | | | |
| 6 Calcasieu Fed. Employees Cred. Ur. Lake Charles, LA (Savings Acct) | D | Int. | N | T | | | | | | |
| 7 CASH Accumulation Trust N.Y., NY (Money Market) | A | Div. | K | T | | | | | | |
| 8 Calcasieu Marine Nat'l Bank (Jim Trimble & Murel B.Trimble)(IRA) | B | Int. | K | T | | | | | | |
| 9 Calcasieu Marine Nat'l Bank Lake Charles, LA (Checking Acct) | B | Int. | K | T | | | | | | |
| 10 Raintree Associates, Ltd. Real Est. Partnership-P.O.Box 1137,Biloxi MS | A | | J | W | (Purchased 8-82) | | | | | |
| 11 ½ Int. in 29 unimproved acres in Grant Parish, LA | A | | L | W | | | | | | |
| 12 Note on residence at 511 Golden Rod, Alexandria, LA - | D | Int. & Cap.Gain | M | T | | | | | | |
| 13 Res. at 3104 Dawkins St. Alexandria,LA -Purchased 2-84 | D | Rent | M | R | See Explanation in Part VIII | | | | | |
| 14 Office Bldg. - 720 Jackson St. Alex.,LA (1/3 Int) Pur. 1/84 | D | Rent | L | W | | | | | | |
| 15 Duplex - Paris St., Alex. LA (1/2 Int) | D | Rent | L | W | | | | | | |
| 16 Duplex - Marye St., Alex. LA (1/2 Int) | D | Rent | L | W | | | | | | |
| 17 Duplex - 19th St., Alex. LA (1/2 Int) | D | Rent | L | W | | | | | | |
| 18 McNeil Real Estate Fund X, Ltd. Partnership- Pur. 1980 | A | Div. | J | W | | | | | | |
| 19 U.S.Savings Bonds -Series E. | D | Int. | M | W | | | | | | |
| 20 Rymer Foods, Inc. , Chicago, Ill. (Stock) | B | Div | E | U | Purchase | 9/8 | E | A | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

# FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T. JR. | 5-2-90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.) PAGE 2

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date Month-Day | Value Code² (J-P) | Gain Code³ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 21 Acadia Parish School Board District 5 – Bonds | A | | L | U | Purchased | 9/22 | L | A | |
| 22 Hammond, Louisiana Public Improvement Bonds | B | Int. | M | U | Purchased | 12/27 | M | B | |
| 23 Exxon Corp. Stock | A | | M | U | Inherited | 12/15 | M | A | |
| 24 Note on residence at 3303 Parkway Dr., Alexandria, LA | B | Int. | M | T | Inherited | 10/16 | M | A | |
| 25 N.Y. Life Insurance Co., N.Y., NY Universal Life | E | Int. | O | T | See Explanation in VIII | | | | |
| 26 Equitable Life, N.Y., NY Single Premium policy | B | Int. | L | T | See Explanation in VIII | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>TRIMBLE, JAMES T. JR. | Date of Report<br>5-2-90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

13. Residence shown as Item 13 of Part VII purchased February, 1984 for $31,500.

25. New York Life Policy on the life of Murel B. Trimble purchased July 1, 1987.

26. Equitable Life Policy on the life of James T. Trimble, Jr. converted to a single premium policy in approximately 1984.

These items were inadvertently omitted from previous reports and said reports should be amended accordingly. The undersigned has decided no cases or motions involving either company since assuming the position of magistrate on 2/1/86.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _James T. Trimble_  
JAMES T. TRIMBLE, JR.

Date 5-2-90

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:

   Judicial Ethics Committee  
   Administrative Office of the  
   United States Courts  
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

| | | |
|---|---|---|
| Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Article... of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRIMBLE, JAMES T. JR. | U.S. DISTRICT COURT | 6-1-91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ___ Nomination, Date_____  ___ Initial  _X_ Annual  ___ Final | 5-15-90 through 6-1-91 |

| 7. Chambers or Office Address - |
|---|
| Room 2530, 921 Moss Street, Lake Charles, LA 70601  P. O. Drawer 2894, Lake Charles, LA 70602 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| _____ | _____ |
| _____ | _____ |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |

January 12, 1986  Parties: James T. Trimble, Jr.; Michael Percy; Alonzo Wilson; Elizabeth Foote; Gregory Walker and John Honeycutt, Jr. - Terms: $1,000.00 per month beginning March 1, 1986 for 75 months to Trimble in exchange for all interest in law firm to remaining partners. Amended to call for payments of $500.00 per month from February 1, 1991 for 32 months.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1  U.S. Courts | Salary | $ 79,804.32 |
| 2  Law Firm | Percy, Smith, etc. pursuant to above agreement | $ 12,000.00 |
| 3  _____ | _____ | $ _____ |
| 4  _____ | _____ | $ _____ |
| 5  _____ | _____ | $ _____ |

III - 4

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T. JR. | 6-1-91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| | a. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by reporting individual, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | b. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | c. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | d. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| (J) | 1 Fidelity Investments, P.O.Box 1284, Boston, MA 02104 (IRA) | A | Div. | K | T | | | | | |
| (J) | 2 Evergreen Fund, P.C.Box 9021, Boston, MA 02205 (IRA) | A | Div. | J | T | | | | | |
| (J) | 3 Security 1st Nat'l Bank, Alex. LA 71309 (Keogh Plan) | C | Div. | K | T | | | | | |
| (J) | 4 Premier Bank, Lake Charles, LA 70602 (checking account) | A | Int. | J | T | | | | | |
| (J& DC) | 5 Calcasieu Fed. Emp. Cred. Union Lake Charles, LA (Savings Acct.) | C | Int. | L | T | | | | | |
| (J) | 6 CASH Accumulation Trust NY, NY (Money Market) | A | Div. | J | T | | | | | |
| (J) | 7 Calcasieu Marine Nat'l Bank (Jim Trimble & Murel B. Trimble)(IRA) | A | Int. | J | T | | | | | |
| (J) | 8 Calcasieu Marine Nat'l Bank Lake Charles, La (Checking Acct) | A | Int. | J | T | . | | | | |
| (J) | 9 Raintree Associates, Ltd. Real Est. Partnership-P.O.Box 1137, Biloxi MS | A | | J | W | | | | | |
| (J) | 10 ½ Int. in 29 unimproved acres in Grant Parish, LA | A | | J | W | | | | | |
| (J) | 11 Note on residence at 511 Golden Rod, Alexandria, LA | C | Int. & Cap.Gain | K | T | | | | | |
| (J) | 12 Res. at 3104 Dawkins St. Alexandria,LA | C | Rent | K | R | | | | | |
| (J) | 13 Office Bldg.-728 Jackson St. Alexandria, LA (1/3 Int) | C | Rent | J | W | | | | | |
| (J) | 14 Duplex-Paris St., Alexandria,LA (1/2 Int.) | A | Rent | J | W | | | | | |
| (J) | 15 Duplex - Marye St., Alexandria LA (1/2 Int) | A | Rent | J | W | | | | | |
| (J) | 16 Duplex - 19th St., Alexandria LA (1/2 Int) | A | Rent | J | W | | | | | |
| (J) | 17 McNeil Real Estate Fund X, Ltd. Partnership - | A | Div. | J | W | | | | | |
| (J) | 18 U.S. Savings Bonds - Series E and FF | C | Int. | L | W | | | | | |
| (S) | 19 Rymer Foods, Inc., Chicago, IL (Stock) | A | Div. | J | U | | | | | |
| (S) | 20 Acadia Parish School Board District 5 - Bonds | A | | J | U | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting

TRIMBLE, JAMES T. JR. | Date of Report

6-1-91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X  **NONE**  (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.  (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  **NONE**  (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.  (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE  (No reportable liabilities) | | |
| State National Life Insurance Co. Baton Rouge, LA | Mortgage on 15 & 16, Part VII | K |
| Lewis O. Lauve, 3317 Parkway Dr. Alexandria, LA | Mortgage on 13, Part VII | K |
| Central State Life Ins. Co. Alexandria, LA | Mortgage on 14, Part VII | J |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES:  T = 715 000 or less     F = 715 001 or 650 000     I = 150 001 or 250 000     M = $100,001 to $550,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>TRIMBLE, JAMES T. JR. | Date of Report<br>6-1-91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value²<br>Code²<br>(J-P) | (2)<br>Value<br>Method³<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | \*If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value²<br>Code²<br>(J-P) | (4)<br>Gain,<br>Code²<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| (S) 1 Hammond, Louisiana Public Improvement Bonds | A | Int. | K | U | | | | | |
| (S) 2 Exxon Corp. Stock | A | | K | U | | | | | |
| (S) 3 Note on residence at 3303 Parkway Dr., Alexandria, LA | A | Int. | K | T | | | | | |
| (J) 4 N.Y.Life Ins. Co., N.Y.,NY Universal Life | D | Int. | M | T | | | | | |
| (J) 5 Equitable Life, N.Y., NY Single Premium Policy | B | Int. | J | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T., JR. | 6-1-91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google